Roderick OWENS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 454, 2015

Supreme Court of Delaware.

Submitted: March 2, 2016

Decided: March 4, 2016

Court Below—Superior Court of the State of Delaware, ID. No. 1312003447B

AFFIRMED.

Turhan BLENMAN, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 524, 2015

Supreme Court of Delaware.

Submitted: January 22, 2016

Decided: March 8, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1406008686

AFFIRMED.

Marsaan NEWMAN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 367, 2015

Supreme Court of Delaware.

Submitted: December 23, 2015

Decided: March 8, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1202018751

AFFIRMED.

Kevin EPPERSON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 685, 2015

Supreme Court of Delaware.

Submitted: January 22, 2016

Decided: March 8, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 9408009291

DISMISSED.